1  STEVEN H. FRANKEL (SBN 171919)
   SONNENSCHEIN NATH & ROSENTHAL LLP
2  525 Market Street, 26th Floor
   San Francisco, CA 94105
3  Telephone: (415) 882-5000
   Facsimile:  (415) 882-0300
4  Email:   sfrankel@sonnenschein.com

5  Attorneys for Plaintiffs
   ARNOLD P. SCHUSTER and
6  MADELINE L. SCHUSTER

7

8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 ARNOLD P. SCHUSTER, an individual;        Case No. 09-3806 PJH
   and MADELINE L. SCHUSTER, an
   individual
12                                            NOTICE OF VOLUNTARY DISMISSAL
                 Plaintiffs,                    AND ORDER
13                                            [Fed. R. Civ. P. 41(a)(1)(A)(i)]
                 vs.
14
   R. THOMAS FAIR, an individual;
15 BRONCO RE CORPORATION, a
   California corporation; BRE WILLOW
16 CREEK, L.P., a California limited
   partnership; BRE CAMERON CREEK,
17 LLC, a Arizona limited liability company;
   BRE ARGENTA APARTMENTS LP, a
18 Arizona limited partnership; and DOES 1-
   10
19
                 Defendants.
20

21

22

23

24

25

26

27

28

CASE NO. 09-3806 PJH                                       NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs Arnold P. Schuster and Madeline L. Schuster hereby voluntarily dismiss this action without prejudice.

Dated:  November 13, 2009            SONNENSCHEIN NATH & ROSENTHAL LLP

By /s/ Steven H. Frankel
STEVEN H. FRANKEL
Attorneys for Plaintiffs
ARNOLD P. SCHUSTER and MADELINE L. SCHUSTER



11/17/09

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000